**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARK A. JOHNSON,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:09-cv-776 |
| | : | |
| v. | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| **HIRERIGHT SOLUTIONS, INC.,** | : | Magistrate Judge E.A. Preston Deavers |
| | : | |
| Defendant. | : | |

**NOTICE OF SETTLEMENT**

The Parties hereby give notice that they have reached an agreement to resolve this dispute and that they intend to file a stipulation of dismissal within forty-five (45) days, which time will allow for the execution of a written settlement agreement.

Respectfully submitted,

/s/ *Matthew A. Dooley (per e-mail authorization 03/28/11)*

Dennis M. O'Toole  (#0003274)
Matthew A. Dooley  (#0081482)
STUMPHAUZER, O'TOOLE, McLAUGHLIN,
    McGLAMERY & LOUGHMAN CO., L.P.A.
5455 Detroit Road
Sheffield Village, OH  44054
Telephone:     440.930.4001
Facsimile:     440.934.7208
E-mail:     dotoole@sheffieldlaw.com
          mdooley@sheffieldlaw.com
*Attorneys for Plaintiff*

/s/ *Jeffrey S. Hiller*

Jeffrey S. Hiller, Trial Attorney  (#0081533)
Chad J. Kaldor  (#0079957)
Tracy Stott Pyles  (#0074241)
LITTLER MENDELSON, P.C.
21 East State Street, Suite 1600
Columbus, OH  43215
Telephone:     614.463.4201
Facsimile:     614.221.3301
E-mail:     jhiller@littler.com
          ckaldor@littler.com

Rod M. Fliegel (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108
Telephone:     415.439.6253
Facsimile:     415.743.6557
E-mail:     rfliegel@littler.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing has been filed via the electronic filing system on March 28, 2011. Notice of filing will be performed by the Court's electronic filing system, and the Parties may access the document through the electronic filing system.

*/s/ Jeffrey S. Hiller*
An Attorney for Defendant

Firmwide:100383110.1 061997.1015
3/28/11